PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Donesha Walls     **Docket Number:** 09-00452-001
    **PACTS Number:** 49785

**Name of Sentencing Judicial Officer:** HONORABLE STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 11/16/2009

**Original Offense:** Bank Fraud-Conspiracy to Commit Bank Fraud-Conspiracy to Defraud a Financial Institution, 18 U.S.C. § 1349

**Original Sentence:** 27 months imprisonment; 5 years supervised release.

**Special Conditions:** Alcohol/Drug Testing and Treatment; Mental Health Treatment; New Debt Restrictions; Financial Disclosure. Restitution in the amount of $856,309.

**Violation Sentence Date:** 03/22/2011

**Violation Sentence:** Supervised release revoked and sentenced to a new term of 5 years supervised release.

**Type of Supervision:** supervised release     **Date Supervision Commenced:** 12/31/09

**Assistant U.S. Attorney:** Andre M. Espinosa, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Frank P. Arleo, Esq., Penn Federal Building, 622 Eagle Rock Avenue, West Orange, New Jersey 07052, (973) 736-8660

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

---

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the special supervision condition which states '**You shall undergo treatment in a mental health program approved by the United States Probation Office until discharged by the Court. As necessary,** *said* **treatment may also encompass treatment for gambling, domestic violence and/or anger management, as approved by the United States Probation Office, until discharged by the Court. The Probation Officer shall supervise your compliance with this condition.**' |

The offender was terminated from mental health treatment at The Human Growth Center on August 6, 2012, due to several instances of noncompliance.

2    The offender has violated the special supervision condition which states '**You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.**'

On August 3, 2012, a drug test was administered on the offender, and the results subsequently returned positive for cocaine and Benzodiazepines. On November 30, 2012, the offender again tested positive on an administered drug test for the use of cocaine and marijuana.

3    The offender has violated the standard supervision condition which states '**The defendant shall report to the probation officer in a manner and frequency directed by the Court or probation officer.**'

The offender failed to report to the probation office on September 28, 2012, a scheduled report date.

4    The offender has violated the mandatory supervision condition which states '**As a condition of supervision, you are instructed to pay restitution in the amount of $856,309 to the following institutions: Bank of America, Wachovia bank, E-LOAN, Inc., Mortgage Lenders Network, LLC and People's First Choice Credit Union; it shall be paid in the following manner: $50 per month.**'

The offender has failed to make numerous payments on her court-ordered restitution, which has resulted in an arrearage of $905. Her last payment was made on August 27, 2012.

I declare under penalty of perjury that the foregoing is true and correct.

*Susan E. Karlak*
By: Susan E. Karlak
    Senior U.S. Probation Officer
Date: 1/22/13

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons.  Date of Hearing: 1/28/13 @ 12:00 noon
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

1/22/13
_____
Date