UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :
                            :     09-452 (SRC)
        v.                  :
                            :     **ORDER**
DONESHA WALLS               :
                            :

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 28TH day of January, 2013,

O R D E R E D that the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further order of the Court.

Further Ordered that if defendant does in fact have assets which are discovered after trial, defendant will be required to reimburse the government for the cost of counsel.

_____
STANLEY R. CHESLER
United States District Judge